# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DAVID LOPEZ, | NO. ED CV 10-1616 JST (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| H. HEDGEPETH, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: July 1, 2011.

JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE